IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE HAROLD McSWEEN,  )  ) | |
| Plaintiff,  ) )  | |
| v.  )  ) | CIVIL ACTION NO. 1:12cv517-CSC (WO) |
| MICHAEL J. ASTRUE,  )  Commissioner of Social Security,  )  ) | |
| Defendant.  ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner denying benefits be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice.  Costs are taxed against the plaintiff for which execution may issue.

Done this 5th day of February, 2014.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          UNITED STATES MAGISTRATE JUDGE